UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DAVID Q. BIGGS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 2:14-CV-64-D |
| ) | |
| JERRY R. TILLETT, DETECTIVE D.L. ) | |
| RAWLINGS, and AGENT JAMAL ) | |
| MITCHELL, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the action pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk shall close the case.

**This Judgment Filed and Entered on April 14, 2016, and Copies To:**

David Q. Biggs, Sr.          (via US Mail to: Pamlico Correctional Institution
                              601 North 3rd Street, Bayboro, NC 28515)

DATE                          **JULIE RICHARDS JOHNSTON, CLERK**

April 14, 2016                By:   /s/ Crystal Jenkins
                                    Deputy Clerk